# United States Court of Appeals for the Federal Circuit

---

**TIMOTHY MOORE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1475

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01931-CFL, Senior Judge Charles F. Lettow.

---

**SUA SPONTE HEARING EN BANC**

---

PETER BROIDA, Arlington, VA, for plaintiff-appellant.

RAFIQUE OMAR ANDERSON, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for defendant-appellee. Also represented by REGINALD THOMAS BLADES, JR., BRIAN M. BOYNTON, PATRICIA M. MCCARTHY.

---

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

This case was argued before a panel of three judges on February 6, 2023. A sua sponte request for a poll on whether to consider this case en banc was made. A poll was conducted, and a majority of the judges who are in regular active service voted for sua sponte en banc consideration.

Accordingly,

IT IS ORDERED THAT:

This case is heard en banc sua sponte under 28 U.S.C. § 46 and Federal Rule of Appellate Procedure 35(a) for the limited purpose of overruling *Yant v. United States*, 588 F.3d 1369 (Fed. Cir. 2009). The court en banc consists of all circuit judges in regular active service who are not recused or disqualified.

FOR THE COURT

April 28, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court