# United States Court of Appeals for the Federal Circuit

---

**TIMOTHY MOORE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1475

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01931-CFL, Senior Judge Charles F. Lettow.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

April 28, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court